HMJ:hcs
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO COURT ORDER** |
| v. | |
| VANCE LUTHER BOELTER | Case No. 25-mj-375 (JFD) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 14, 2025, in Hennepin County, in the State and District of Minnesota, the defendant, Vance Luther Boelter, did:

move and travel in interstate commerce with intent to avoid prosecution under the law of the State of Minnesota for the crime of Second Degree Murder, in violation of Minn. Stat. § 609.19, subd. 1(1) and in violation of Title 18, United States Code, Section 1073.

I further state that I am a FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Special Agent Terry Getsch, FBI
Printed name and title

SUBSCRIBED and SWORN before me by reliable electronic means via FaceTime and email pursuant to Fed. R. Crim. P. 41(d)(3).

Date: June 14, 2025

_____
Judge's signature

City and state: St. Paul, MN

Hon. John F. Docherty, U.S. Magistrate Judge
Printed name and title