2025R00345

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-375 (JFD)

IN THE MATTER OF THE COMPLAINT AND ARREST OF VANCE LUTHER BOELTER

**FILED UNDER SEAL PURSUANT TO COURT ORDER**

ORDER FOR SEALING

This Court, having reviewed the Petition of the United States herein, finds that the United States has shown a compelling interest in the sealing of documents in the above-captioned matter because:

a. Nondisclosure of the arrest warrant documents is necessary to prevent Boelter from continuing their flight from prosecution.

b. Nondisclosure of the arrest warrant documents is necessary to prevent the ongoing investigation from being compromised.

c. Nondisclosure of the arrest warrant documents is necessary to effectuate the arrest of Boelter without compromising officer safety.

This Court also finds that less restrictive alternatives to sealing are impracticable or not appropriate.

It is therefore:

ORDERED that all documents filed in the above-captioned matter are hereby sealed until the close of business on June 14, 2026.

IT IS FURTHER ORDERED that these documents will be unsealed at the above time unless further compelling interest is shown by the United States for continuing this Order for an additional period of time.

IT IS FURTHER ORDERED that the warrant materials may be disclosed to other law enforcement entities, including those outside the United States, for the purpose of executing the arrest warrant.

Dated: June 14, 2025

John F. Docherty

The Honorable John F. Docherty
United States Magistrate Judge