State of Minnesota    )
                      )    ss.    Affidavit of Terry Getsch
County of Ramsey      )

I, Terry Getsch, being duly sworn, depose and state as follows:

### **Background**

1.  I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been so employed since 2018. I am currently assigned to the Minneapolis Field Office under the Violent Crime Squad where my investigative responsibilities include the criminal investigation of federal violent crimes to include assaults and shooting or firearms related offenses. Prior to my assignment in the Minneapolis Field Office, for four years I was assigned to the Seattle Field Office where I investigated violent crime in Indian Country among other FBI firearms related investigations. I have completed the FBI Academy, Indian Country Basic Investigators Training Program and a Georgia Peace Officer's Academy in addition to being previously employed as a municipal Police Officer and Detective in the State of Georgia from 2014 to 2018. In my time as a law enforcement officer, I have investigated and assisted with investigating numerous violent crime and public corruption offences in addition to executed or assisted in executing search and arrest warrants.

2.  As a Federal Agent with the FBI, I am authorized to investigate violations of Federal law, including unlawful flight to avoid prosecution, custody, or confinement, and execute warrants related to the same.

1

## Purpose of Affidavit

3. I am investigating the activities of Vance Luther Boelter (hereinafter "Boelter"), who was charged on June 14, 2025 with Second Degree Murder, in violation of Minn. Stat. § 609.19, subd. 1(1). The District Court for the 4th Judicial District has issued a felony warrant (25A06438) for Boelter's arrest on this violation. As shown below, there is probable cause to believe that Boelter has fled the State of Minnesota in order to avoid prosecution, custody, and confinement. I submit this Affidavit in support of a criminal complaint charging Boelter with Unlawful Flight to Avoid Prosecution or Custody or Confinement after Conviction, in violation of Title 18, United States Code, Section 1073.

4. The statements in this Affidavit are based in part on information provided by other law enforcement officers, as well as my own personal observations and my own training and experience as a law enforcement officer. This affidavit is intended to show that there is probable cause to obtain a criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

## Facts Related to the Investigation

5. As described below, Vance Luther Boelter stalked multiple members of the Minnesota state legislature and, on or about June 14, 2025, in the State and District of Minnesota, visited the homes of several such legislators for the purpose of killing, injuring, harassing, and intimidating them and others.

6. His spree of violence included visits to the homes of at least four elected officials. During at least three of those visits, Boelter approached the front door while

2

costumed as a law enforcement officer. He attempted to get the occupants to answer the door. Occupants of two of those houses answered their doors to Boelter. In each of those instances, Boelter used a handgun to shoot occupants of those homes. In these episodes, which all occurred over the course of a few hours, Boelter's gunfire seriously injured two people and killed two others.

7. After engaging in a gunfight with Brooklyn Park Police Department at Windsor Terrace and shooting and killing a State Senator and her husband, Boelter was able to flee the scene on foot. Several blocks from the shooting scene, Law Enforcement located a ballistic vest, flashlight, pistol magazines, face mask and Beretta 92 9mm Pistol believed to be the equipment and firearm used during the Champlin and Brooklyn Park shootings. The items were strewn about off a walking trail as if the Boelter was attempting to quickly discard them in the surrounding vegetation and avoid detection or apprehension by Law Enforcement.

8. Beginning in the early morning hours of June 14, 2025, various local, state, and federal law enforcement agencies participated in a massive manhunt to locate Boelter. Law enforcement executed numerous search warrants on locations associated with Boelter, contacted Boelter's family members, and used geolocation data from Boelter's cell phone to attempt to locate and arrest him. Boelter's photograph was widely reported in the local and national media as a suspect in the above-mentioned homicide investigation. All of these efforts were unsuccessful in locating Boelter whereabouts.

9. At approximately 9 a.m., Boelter visited a U.S. Bank branch in Robbinsdale and withdrew $2,200, all of the money he had in a bank account in his name. A third party identified as, ███████, then drove Boelter from the bank in an automobile.

10. Boelter's wife was stopped by law enforcement while traveling with her four children to visit friends northwest of the metro area. During an interview, Boelter's wife identified that she had recently receive a group text message from Boelter in a group text thread with their kids. The text stated something to the effect of they should prepare for war, they needed to get out of the house and people with guns may be showing up to the house. Boelter and his wife had been "preppers," or people who prepare for major or catastrophic incidents. At some point, Boelter had given his wife a "bailout plan" –i.e., a plan of where to go in case of exigent circumstances—to go her mother's residence in Spring Brook, Wisconsin. Boelter's wife consented to a search of her vehicle, and law enforcement located a safe, all of the kids and Boelter's passport, and a large amount of cash suspected of being at least $10,000, in addition to a revolver pistol in the glove box and another semi-automatic pistol in a cooler in the vehicle. Boelter's wife further identified that Boelter has a business partner from Worthington, MN who resides in Washington state and is partners with Boelter in Red Lion, a security company and fishing outfit in Congo, Africa.

11. On June 14, 2025, the FBI issued a public reward of $50,000 for information leading to Boelter's apprehension.

12. On the evening of June 14, 2025, the District Court for the 4th Judicial District has issued a felony warrant (25A06438) for Boelter for Second Degree Murder. Specifically, Boelter is charged with Second Degree Murder, in violation of Minn. Stat. § 609.19, subd. 1(1).

13. Based on the forgoing, as well as my training and experience as a law enforcement officer, I believe that Boelter may have fled the State of Minnesota and traveled in interstate commerce for the purpose of avoiding criminal prosecution on homicide charges, in violation of Title 18, United States Code, Section 1073 – Unlawful Flight to Avoid Prosecution or Custody or Confinement after Conviction.

Further your affiant sayeth not.

---
Terry Getsch, FBI Special Agent

Sworn and subscribed before me using
reliable electronic means (FaceTime and email)
this 14th day of June, 2025.

---
The Honorable John F. Docherty
United States Magistrate Judge