UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-375 (JFD)

UNITED STATES OF AMERICA,

       Plaintiff,                    **UNDER SEAL**

   v.                            **MOTION TO UNSEAL**

VANCE LUTHER BOELTER,

       Defendant.

The United States of America, by and through its attorneys, Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Harry M. Jacobs, Assistant United States Attorney, hereby moves the Court for an order to unseal the Complaint in the above-referenced matter.

This motion is based upon the records and proceedings in this matter. Specifically, the defendant is in custody, and the complaint has been dismissed by order of the Court.

Dated: June 18, 2025                  Respectfully Submitted,

                                            JOSEPH H. THOMPSON
                                            Acting United States Attorney

                                            */s/ Harry M. Jacobs*
                                            BY: HARRY M. JACOBS
                                            Assistant U.S. Attorney