UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-375 (JFD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              **ORDER TO UNSEAL**

VANCE LUTHER BOELTER,

        Defendant.

This matter is before the Court on the Motion of the United States to Unseal the above-referenced Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the United States' motion is granted and the Complaint is hereby unsealed.

Date: June 18, 2025                    *s/ John F. Docherty*
                                          THE HONORABLE JOHN F. DOCHERTY
                                          UNITED STATES MAGISTRATE JUDGE